UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/19/2020
```

THERIN B. MCKNIGHT,

          Plaintiff,

    v.

N.A.I.C.A.; GREG MOLY; and LUCY SANCHEZ,

          Defendants.

No. 19-CV-5271 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 12, 2020, Defendants' motion to dismiss was granted. *See* Dkt. 24. However, the Court permitted Plaintiff to "file an amended complaint no later than June 13, 2020, if he has a good faith basis to do so." *Id.* To date, Plaintiff has not filed an amended complaint, nor sought an extension to do so. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    June 19, 2020
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge